BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07-CR-00192-AWI |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID CHAVEZ, JR., and | ) | |
| DAVID CHAVEZ, SR., | ) | |
| | ) | |
| Defendants. | ) | |

WHEREAS, on October 10, 2012 and December 18, 2012, the Court entered Preliminary Orders of Forfeiture, forfeiting to the United States all right, title, and interest of defendants David Chavez, Jr. and David Chavez, Sr. in the following property:

      a.  Approximately $7,112.00 in U.S. Currency,

      b.  Approximately $26,074.63 in U.S. Currency,

      c.  Approximately $1,942.26 in U.S. Currency seized on May 1, 2007, from Bank of the Sierra Account Number 2401663280, held in the name of David Chavez, Jr., and,

      d.  Approximately $22,598.63 in U.S. Currency seized on May 1, 2007, from Bank of America Account Number 255692-44679, held in the name of Nature's Medicinal Cooperative.

AND WHEREAS, beginning on December 18, 2012 and December 29, 2012, respectively, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third

parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853, to be disposed of according to law, including all right, title, and interest of David Chavez, Jr. and David Chavez, Sr.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The United States Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **August 13, 2013**          **/s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE